## John SOVETSKY v. UNITED STATES of America.
### No. 4865.

Circuit Court of Appeals, Seventh Circuit.
April 12, 1933.

Louis Greenberg and George M. Tearney, both of Chicago, Ill., for appellant.

Dwight H. Green, U. S. Atty., of Chicago, Ill.

Before EVANS and SPARKS, Circuit Judges, and BALTZELL, District Judge.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments by Mr. Louis Greenberg, counsel for appellant, and by Mr. Walter E. Wiles, counsel for appellee.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the District Court of the United States for the Northern District of Illinois, Eastern Division, in this cause be, and the same is hereby, affirmed. It is further ordered that the mandate of this court issue forthwith.